BEFORE THE THIRD DIVISION, DECEMBER 14, 1944

No. 49869.—Protests 22042–K, etc., of Fung Chong Co. et al. (San Francisco).

Opinion by CLINE, J. It was stipulated that the merchandise in question is the same in all material respects as that passed upon in *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372), as amended by Abstract 44821. In accordance therewith the protests were therefore sustained to this extent.

BEFORE THE THIRD DIVISION, DECEMBER 15, 1944

No. 49870.—Petition 6325–R of Diamond Importing Co. (Los Angeles).

Opinion by EKWALL, J. From the testimony and the official papers it was found that there was no intention to defraud the revenue of the United States or conceal or misrepresent the facts. The petition was therefore granted.